UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| IVAN QUINTEL METCALF, | } | |
| Plaintiff, | } | |
| vs. | } | CASE NO. CV 07-B-1979-NE |
| JIM OSBORN; BOB LANE, | } | |
| Defendants. | } | |

**MEMORANDUM OPINION AND ORDER**

On March 28, 2008, the Magistrate Judge filed his Report and Recommendation, (doc. 9),[1] recommending the dismissal of plaintiff Ivan Metcalf's ("Metcalf") *pro se* Amended Complaint, (doc. 8), for failure to state a claim upon which relief can be granted. (Doc. 9 at 3.) Metcalf has not filed any written objections to the Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

Based upon the court's consideration of all the materials in its file, including the Report and Recommendation, the court is of the opinion that the Magistrate Judge's recommendation is due to be adopted. Therefore, Metcalf's Amended Complaint, (doc. 8), is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this 23rd day of June, 2008.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Reference to a document number, ["Doc. ___"], refers to the number assigned to each document as it is filed in the court's record.